IN THE UNITED STATES DISCTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SARAH BOWMAR and JOSH BOWMAR, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| HEARST PROPERTIES, INC. | ) ) |
| Defendant. | ) ) |

Case No. 3:23-cv-00382
JURY DEMAND

Judge Campbell
Magistrate Judge Frensley

## PLAINTIFFS, JOSH AND SARAH BOWMAR'S, RESPONSE IN OPPOSITION TO DEFENDANT, HEARST PROPERTIES, INC.'S, MOTION TO DISMISS

**COME** the Plaintiffs, Josh and Sarah Bowmar, by and through counsel, and hereby respectfully submit that Defendant's Motion to Dismiss should be denied as moot because Plaintiffs have filed an Amended Complaint as contemplated by and in accordance with Rule 15 Fed. R. Civ. P.

Respectfully submitted,

**KLINE PRESTON LAW GROUP**

*/s/ G. Kline Preston, IV, Esq.*
G. Kline Preston, IV, Esq. (#017141)
Belle Meade Office Park
4515 Harding Pike, Suite 107
Nashville, Tennessee 37205
Tel: (615) 649-8680
Fax: (866) 610-9565
kpreston@klineprestonlaw.com
*Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via electronic mail and/or U.S. Mail, postage pre-paid, on this the 23rd day of June, 2023 to the following:

| | |
|---|---|
| Rocklan W. King III (BPR No. 30643)<br>Adams and Reese LLP<br>1600 West End Avenue, Suite 1400<br>Nashville, Tennessee 37203<br>Tel: (615) 259-1041<br>Fax: (615) 259-1470<br>Rocky.king@arlaw.com | Jonathan R. Donnellan *pro hac vice*<br>Kristen L. Hauser *pro hac vice*<br>HEARST CORPORATION<br>Office of General Counsel<br>300 W. 57th Street, 40th Floor<br>New York, NY 10019<br>(212) 649-2020<br>jdonnellan@hearst.com<br>khauser@hearst.com |

*Attorneys for Defendant Hearst Properties Inc.*

                                                                         */s/ G. Kline Preston, IV, Esq.*
                                                                            G. Kline Preston, IV, Esq.